1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT A. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C04-5873JKA<br><br><br><br><br>ORDER |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions:  the administrative law judge (ALJ) will further consider the opinions of Brad L. Bates, Ph.D. (Tr. 373-378), Terliee Wingate, Ph.D. (Tr. 366-368), Robert E. Bloomgarden, M.D. (Tr. 364), and Lowell C. Finkleman, M.D. (Tr. 202, 204, 325, 410); the ALJ will consider the lay evidence provided by Terry Mertens, O.T.R./L. (Tr. 399-405), and Daryl A. Capen, M.O.T., O.T.R./L (Tr. 93-109); the ALJ will further evaluate Plaintiff's subjective

Page 1          ORDER - [C04-5873JKA]

complaints and credibility; the ALJ will evaluate Plaintiff's mental impairment(s) in accordance with the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a, documenting application of the technique in the decision by providing specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. §§ 404.1520a and 416.920a; the ALJ will give further consideration to Plaintiff's maximum residual functional capacity during the entire period at issue and will provide appropriate rationale with specific references to evidence of record in support of assessed limitations; and, if warranted by the expanded record, the ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 12th day of May, 2005.

/s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2113
Fax:      206-615-2531
daphne.banay@ssa.gov

Page 2          ORDER - [C04-5873JKA]